ALBANY,
August, 1820

PETERS
v.
PARSONS.

the contrary, it must be construed so as to have effect on all judgments then existing, as well as on those to be rendered afterwards.

PETERS *against* PARSONS.

The act en-
larging the ju-
risdiction of
Justices of the
Peace, (sess.
41. c. 94 s. 17.)
which gives
the party ag-
grieved, where
the judgment
is above 25 dol-
lars, an *appeal*
to the Court of
CommonPleas,
refers only to
cases in which
a judgment is
given, after
trial of an issue
*in fact*, and not
to a case of a
judgment on
*demurrer,* or
an issue *at law.*

IN ERROR, on *certiorari* to a Justice's Court. It appeared that the plaintiff below had declared on a promissory note, for $26 and 73 cents, and the defendant below pleaded specially in bar of the action, his discharge under the insolvent act of *April,* 1813, from all his debts, and averring that both plaintiff and defendant were citizens of this State. To this plea there was a general demurrer and joinder ; and after argument of the demurrer, the justice gave judgment for the plaintiff, for $29 and 53 cents, with costs.

The Justice had made a return to the *certiorari,* and the assignment of errors therein had been served on the defendant in error, who obtained an order to stay proceedings until this term : A motion was now made in behalf of the defendant in error, to quash the writ of error, on the ground that the judgment in the cause being for above the sum of twenty-five dollars, the remedy for the person aggrieved, by the late *act to extend the jurisdiction of Justices of the Peace,* (sess. 41. c. 94. s. 17.) was by *appeal* to the Court of Common Pleas of the county, and not by *certiorari.*

*For the plaintiff in error,* it was contended, that the act, in regard to judgments above 25 dollars, referred only to cases in which an issue *in fact* was joined in the suit before the justice. All the provisions of the act in regard to ap-

peals, apply to issues in fact only. In this case there was a demurrer, or an *issue at law*.

*Sperry*, for the defendant in error.

*Switland*, for the plaintiff in error.

*Per Curiam.* The act of *April* 10, 1818, which extends the jurisdiction of Justices of the Peace to fifty dollars, and gives the party against whom a judgment is rendered for above 25 dollars, an *appeal* to the Court of Common Pleas, refers only to judgments rendered on a verdict, or without a jury trial, upon an issue in fact ; not to cases where the justice gives judgment on a demurrer, or issue at law. This is evident from the provisions contained in the 18th and 19th sections, as to the proceedings on the appeal. The motion must therefore be denied.

Motion denied.